IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC G. MCDOWELL and ANDREW T. LUNNEY, individually and derivatively on behalf of CHRISTI INSURANCE GROUP, INC., *Plaintiffs*, | : : : : : : : | CIVIL ACTION |
| v. | : : | |
| KEVIN MINEHAN *Defendant*, | : : : | |
| and | : : : | NO. 25-cv-00266 |
| CHRISTI INSURANCE GROUP, INC., *Nominal Defendant.* | : : | |

## ORDER

**AND NOW,** this **30th day** of **May 2025**, upon review of the docket and consideration of Defendant Kevin Minehan's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, to Abstain or Stay Under *Colorado River* (ECF No. 10, "Motion") and Plaintiffs' Opposition to the Motion (ECF No. 12), and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

The above-captioned case is **STAYED** in anticipation that the controversy between the parties will move towards expeditious resolution in *Minehan v. McDowell, et al.*, No. 2025-00564, in the Court of Common Pleas of Montgomery County, Pennsylvania. It is further **ORDERED** that the Parties shall file a joint status report every ninety days on the status of the state court action.

2

**BY THE COURT:**

**/s/ Chad F. Kenney**

---

**CHAD F. KENNEY, JUDGE**